IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-26-GCM

| | |
|---|---|
| MS. RAISSA LEVY, MR. JAMES VILLANUEVA, MS. SHANNA RIVERA, MR. ANDRE MCCOY, individually and on behalf of all persons similarly situated,<br>Plaintiffs,<br>v.<br>CHARLOTTE SCHOOL OF LAW, LLC, INFILAW HOLDING, LLC, INFILAW CORPORATION, STERLING PARTNERS and STERLING CAPITAL PARTNERS,<br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David Mills,** filed March 1, 2017 [doc. # 22].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Mills is admitted to appear before this court *pro hac vice* on behalf of Defendants, Charlotte School of Law, LLC, InfiLaw Holding, LLC, and Infilaw Corporation.

**IT IS SO ORDERED.**

Signed: March 3, 2017

Graham C. Mullen
United States District Judge