IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-26-GCM

| | |
|---|---|
| MS. RAISSA LEVY, *et al*, | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| | ) |
| CHARLOTTE SCHOOL OF LAW, LLC | ) |
| *et al*, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Peter L. Welsh,** filed March 13, 2017 [doc. # 25].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Welsh is admitted to appear before this court *pro hac vice* on behalf of Defendant, Sterling Capital Partners.

**IT IS SO ORDERED.**

Signed: March 13, 2017

Graham C. Mullen
United States District Judge