UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:17-cv-00026-GCM

MS. RAISSA LEVY, MR. JAMES VILLANUEVA, MS. SHANNA RIVERA, MR. ANDRÉ MCCOY individually and on behalf of all similarly situated persons,

Plaintiffs,

v.

CHARLOTTE SCHOOL OF LAW, LLC, INFILAW HOLDING, LLC, INFILAW CORPORATION, STERLING PARTNERS, L.P. and STERLING CAPITAL PARTNERS GMBH & CO. KG,

Defendants.

**ORDER**

Considering the foregoing Consent Motion of Defendants Sterling Partners, L.P. and Sterling Capital Partners GmbH & Co KG to Modify Briefing Schedule on Motion to Dismiss (the "Motion"), and for good cause shown;

**IT IS ORDERED** that the Motion be GRANTED, and that the Plaintiffs shall have until May 19, 2017 to file their response to the Sterling Defendants' Motion to Dismiss (Doc. 45) and the Sterling Defendants shall have fourteen (14) days after service of the response within which to file any necessary reply brief.

Signed: April 28, 2017

Graham C. Mullen
United States District Judge