UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:17-cv-00026-GCM

| | |
|---|---|
| RAISSA LEVY, ET AL ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ON MOTION FOR *PRO* |
| vs. ) | *HAC VICE* ADMISSION |
| ) | |
| CHARLOTTE SCHOOL OF LAW, LLC, ) | |
| ET AL ) | |
| ) | |

THIS MATTER is before the Court on the Motion for Admission to practice *pro hac vice* for Scott E. Brady [doc. 64];

IT IS HEREBY ORDERED that Scott E. Brady is admitted *pro hac vice* as counsel for Plaintiffs in this action.

Signed: September 18, 2017

Graham C. Mullen
United States District Judge