UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.:  3:17-cv-00026-GCM

| | | |
|---|---|---|
| RAISSA LEVY, ET AL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON MOTION FOR *PRO* |
| vs. | ) | *HAC VICE* ADMISSION |
| | ) | |
| CHARLOTTE SCHOOL OF LAW, LLC, | ) | |
| ET AL | ) | |
| | ) | |

THIS MATTER is before the Court on the Motion for Admission to practice *pro hac vice* for Philip Bohrer [doc.65];

IT IS HEREBY ORDERED that Philip Bohrer is admitted *pro hac vice* as counsel for Plaintiffs in this action.

Signed: September 18, 2017

Graham C. Mullen
United States District Judge