UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ROBERT C. BARCHIESI, and LEJLA HADZIC, Individually and in a representative capacity on behalf of a class of all persons similarly situated )<br>)<br>)<br>)<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>CHARLOTTE SCHOOL OF LAW, LLC )<br>and INFILAW CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 3:16-cv-00861-GCM |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SPENCER KREBS, ET AL )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>CHARLOTTE SCHOOL OF LAW, LLC, )<br>ET AL )<br>)<br>Defendants )<br>)<br>_____ ) | Civil Action No. 3:17-CV-00190-GCM |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| RAISSA LEVY, ET AL | ) | Civil Action No. 3:17-cv-00026 |
| | ) | |
| Plaintiffs | ) | |
| vs. | ) | |
| | ) | |
| CHARLOTTE SCHOOL OF LAW, LLC | ) | |
| and INFILAW CORPORATION, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| LEAH ASH | ) | Civil Action No. 3:17-cv-00039-GCM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHARLOTTE SCHOOL OF LAW, LLC, | ) | |
| INFILAW, INC., and DOES 1 – 20, et al | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

THIS MATTER came before the Court on the Motion of Plaintiffs in the Consolidated Class Action Complaint, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order extending the time to respond to Defendants Chidi Ogene and Jay Conison's Motion to Dismiss (Barchiesi, 3:16-cv-00861, D.E. 83, Krebs, 3:17-cv-00190, D.E. 126, Levy, 3:17-cv-

00026, D.E. 86-1 and Ash, 3:17-cv-00039, D.E. 33); and it appearing to the Court that the time allowed has not expired and, therefore, the motion should be granted;

IT IS THEREFORE ORDERED that the time for responding to Defendants' Motion to Dismiss is extended to March 2, 2018.

Signed: February 23, 2018

Graham C. Mullen
United States District Judge